UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04425-KK-MBK | Date | August 25, 2026 |
| Title | Mendez Cruz v. Quinones, et al. | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Engels Josue Mendez Cruz filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and request for temporary restraining order on August 6, 2026. Dkt. 1. This Court issued Notice of General Order 26-05 and Briefing Schedule on the same date. Dkt. 5. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by August 13, 2026, and for Petitioner to file an optional reply by August 17, 2026. *Id.*

On August 6, 2026, District Judge Kenly Kiya Kato converted Petitioner's request for a temporary restraining order into a motion for a preliminary injunction and set a briefing schedule for the motion. Dkt. 7. Respondents timely opposed Petitioner's motion for a preliminary injunction. Dkt. 9. On August 7, 2026, Judge Kato granted Petitioner's motion for a preliminary injunction and ordered, *inter alia*, Petitioner's release from Respondents' custody. Dkt. 11. Respondents complied with the order and released Petitioner from custody. Dkt. 13. However, Respondents did not file an answer to the Petition by August 13, 2026, as directed by the Notice of General Order 26-05 and Briefing Schedule. Dkt. 5.

Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on or before **August 28, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing a response to the Petition in accordance with the procedures set forth in the Notice of General Order 26-05 and Briefing Schedule. Dkt. 5.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04425-KK-MBK | Date | August 25, 2026 |
| Title | Mendez Cruz v. Quinones, et al. | | |

The Court will determine whether any further briefing is necessary (including a response or reply brief by Petitioner) after reviewing Respondents' response to the OSC.

**IT IS SO ORDERED.**