**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENGELS JOSUE MENDEZ CRUZ,<br>Petitioner,<br>v.<br>ANDRE QUINONES, et al.,<br>Respondents. | Case No. 5:26-cv-04425-KK-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has also independently reviewed the Objections filed by Petitioner. Petitioner objects that that Report and Recommendation does not address his request for Respondents to return his employment authorization document or issue a new one. Dkt. 19 at 1. Upon review of the Petition and the objections, the Court concludes that such additional relief is not warranted. Petitioner's employment authorization card was confiscated when he was taken into immigration custody in April 2025

and not returned when he was released in June 2025. Dkt. 1 ¶ 16. The instant Petition concerns the legality of Petitioner's anticipated re-detention by immigration authorities—not his prior time in immigration detention. As such, Petitioner's requested relief is outside the scope of this habeas action. The Court thus accepts the findings and recommendation of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus; and (2) a writ of habeas corpus be issued requiring Petitioner Engels Josue Mendez Cruz's (A# 220-665-173) continued release from Respondents' custody and preventing his re-detention absent a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Dated: September 17, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE