JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENGELS JOSUE MENDEZ CRUZ,<br>Petitioner,<br>v.<br>ANDRE QUINONES, et al.,<br>Respondents. | Case No. 5:26-cv-04425-KK-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and Respondents are ENJOINED from re-detaining Petitioner Engels Josue Mendez Cruz's (A# 220-665-173)

///

///

///

///

absent a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Dated: September 17, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE